IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:99CR151 |
| | ) | |
| v. | ) | |
| | ) | |
| ANIBAL PAUL JACQUEZ, | ) | REASSIGNMENT ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned to District Judge Laurie Smith Camp for disposition and remains assigned to Magistrate Judge Thomas D. Thalken for judicial supervision.

DATED this 8th day of May, 2006.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge